UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                                         :          S7 21-CR-93-13 (VM)
:
DELILAH CARRIEL,                              :          <u>ORDER</u>
:
                Defendant.                 :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 8, 2024, the undersigned, sitting in Part I, heard the Government's bail appeal with respect to Defendant Delilah Carriel. The Court ordered Defendant released on the same conditions that the Magistrate Judge had ordered, except that the Court increased the size of the bond. On the disposition sheet, the Magistrate Judge had checked off "Stand Alone Monitoring," but did not check off "GPS." The Court did the same given that it adopted the Magistrate Judge's conditions (save the size of the bond). Later on March 8, 2024, Pretrial Services advised the Court that "Stand Alone Monitoring" requires, and thus contemplates, GPS. Accordingly, the Court concluded that the Magistrate Judge had — either explicitly or implicitly — ordered GPS as a condition; the Court therefore authorized Pretrial Services to install GPS monitoring equipment on Defendant and signed a new version of the disposition sheet to that effect. Any objection to inclusion (or addition) of GPS, or request for modification of the bail conditions, should be addressed to Judge Marrero as the presiding judge.

       SO ORDERED.

Dated:  March 11, 2024
           New York, New York                            JESSE M. FURMAN
                                                                   United States District Judge