**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**
Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/17/2025
```

April 15, 2025

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Request for Bail Modification
*United States v. Delilah Carriel*, 21 Cr. 00093 (VM)

Dear Judge Marrero,

    I respectfully request that Delilah Carriel's bail be modified to permit her to take her daughter and friends to an amusement park in New Jersey on May 17, 2025, her daughter's birthday.

    Ms. Carriel's youngest daughter, Chloe Carriel, will turn 12 on May 17. Ms. Carriel seeks to take Chloe and her friends to Six Flags Great Adventure that same day. Six Flags is located at 1 Six Flags Blvd., Jackson Township, NJ.

    Ms. Carriel would leave her home at approximately 8:00 a.m. on May 17. She would remain at the amusement park with her daughter and friends from roughly 10:00 a.m. to about 6:00 p.m. She would then return directly to her home.

    Shannon Finneran, her pretrial officer, does not object to this request. The government takes no position on this request.

    Thank you for your consideration of this matter.

SO ORDERED.
4/17/2025
DATE
/s/ Victor Marrero, U.S.D.J.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA's Michael Herman, Thomas Wright, and Timothy Ly (via ECF)