**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

———◦———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/18/2025__
```

August 15, 2025

**VIA ECF**

Hon. Victor Marrerro
United States District Judge
Patrick M. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
Request GRANTED.
Defendant Delilah Carriel's conditions of release are hereby
modified to authorize her travel to Altantic City, NJ, between
August 24, 2025 and August 27, 2025, subject to the terms
specified by Pretrial Services.

SO ORDERED.
8/18/2025
DATE                         VICTOR MARRERO, U.S.D.J.
```

**Re: Request for Bail Modification**
*United States v. Delilah Carriel*, 21 Cr. 00093 (VM)

Dear Judge Marrerro:

    I write to request a bail modification that would allow my client, Delilah Carriel, to travel to Atlantic City, New Jersey, for her birthday.

    If permitted, Ms. Carriel would travel with her godmother, Brunilda Figueroa (a cosigner on the bond), on Sunday, August 24. They would stay at the Tropicana Casino and Resort in Atlantic City. The address is 2831 Boardwalk, Atlantic City, NJ. On August 27, 2025, Ms. Carriel will return home.

    I have spoken to Pretrial Services Officer Shannon Finneran and AUSA Thomas Wright for the government. Officer Finneran has no objection and approves the trip. The government takes no position on the request.

    Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Thomas Wright (via ECF)
       Pretrial Services Officer Shannon Finneran (via ECF)