**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

—•◊•—

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

October 19, 2025

**VIA ECF**

Hon. Victor Marrerro
United States District Judge
Patrick M. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025

**Re: Request for Bail Modification**
*United States v. Delilah Carriel*, 21 Cr. 00093 (VM)

Dear Judge Marrerro:

    I write to request a bail modification that would allow my client, Delilah Carriel, to travel to North Lauderdale, Florida to visit her cousin whom she has not seen for several months.

    If permitted, Ms. Carriel would travel with her sister, Deborah De Angelo on Thursday, October 23, 2025 and return Sunday, October 26, 2025. They would stay at the home of their cousin, Eric Carrasquillo, who resides at:

    8261 S. West Fourth Street
    North Lauderdale, Florida

    I have spoken to Pretrial Services Officer Shannon Finneran and AUSA Thomas Wright for the government. Officer Finneran has no objection and approves the trip. The government takes no position on the request and defers to Pretrial Services.

    Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Thomas Wright (via ECF)

Pretrial Services Officer Shannon Finneran (via ECF)

Request GRANTED.

SO ORDERED.

10/20/2025
DATE    VICTOR MARRERO, U.S.D.J.