Request **GRANTED.**

**SO ORDERED.**

1/20/2026

DATE

VICTOR MARRERO, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/20/2026___

**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

■·◦·■

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

January 20, 2026

**VIA ECF**

Hon. Victor Marrerro
United States District Judge
Patrick M. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Request for Bail Modification**
***United States v. Delilah Carriel*, 21 Cr. 00093 (VM)**

Dear Judge Marrerro:

Ms. Carriel's mother, Diana Diaz, fell down the stairs and broke several ribs. She is currently in the ICU center at West Virginia University Berkeley Medical Center in Martinsburg, WV. My client wants to go down there immediately - leaving Thursday, January 22, 2026 - to visit and assist her when she is released to her home. We don't have a return date at this time since we do not know when Mrs. Diaz will be released and under what conditions.

Mrs. Diaz lives alone and will need help on a rolling basis as she (hopefully) heals and makes a successful recovery. I propose a situation where Ms. Carriell is permitted to travel to West Virginia when necessary. She will alternate with her sister and other family members. On any occasion that she goes to assist her mother, Ms. Carriell will stay at her mother's house at 49 Melville Drive, Inwood, WV 25428.

I have spoken to PTSO Shannon Finneran who has no objection to this type of arrangement, so long as the defendant gives her advance notice of when she is going down and when she is returning. I have spoken to AUSA Thomas Wright and the government defers to Pretrial Services.

Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Thomas Wright (via ECF)
       Pretrial Services Officer Shannon Finneran (via ECF and email)