USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_2/19/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against -

DELILAH CARRIEL,

                        Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a change of counsel hearing in the above-captioned matter on April 3, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:     19 February 2026
           New York, New York

                                    Victor Marrero
                                    U.S.D.J.