USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

Plaintiff,

- against -

DELILAH CARRIEL,

Defendant.

**21-CR-93-13 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Motion of Defendant Delilah Carriel ("Carriel") to Suppress Statements (see Dkt. No. 557) and the Government's Response, (see Dkt. No. 619). The Government attached, as Exhibit B to its Response, a CD copy of what it describes as a video recording of Carriel's custodial interrogation, (See Dkt. Nos. 619 at 13, 619-2).

The Government is **ORDERED** to mail an additional copy of the CD to Chambers within fourteen (14) days of this Order so the Court may fully evaluate Carriel's Motion and the Government's Response.

**SO ORDERED.**

Dated: 3 September 2026
New York, New York

Victor Marrero
U.S.D.J.